IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Nicholas Hurshman, a minor child, et al., | ) | Civil Action No.: 1:03-2643-RBH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| Saint Mary Help of Christians Catholic | ) | |
| School, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In this matter counsel for the plaintiffs has been terminated. By Order dated January 23, 2006, this court gave plaintiffs ten (10) days to retain substitute counsel. Substitute counsel has not been retained. Therefore, without substitute counsel in place the plaintiffs shall be proceeding in this case *pro se*. Pursuant to Local Rule 73.02(B)(2)(e) (D.S.C.), all pretrial proceedings involving litigation by individuals proceeding *pro se* are assigned to a United States Magistrate Judge.

Therefore, pursuant to 28 U.S.C. § 636 and Local Rule 73.02(B)(2)(e) (D.S.C.), it is hereby **ORDERED** that this matter is referred to:

 X   Judge Bristow Marchant, United States Magistrate Judge

 \_\_\_   Such magistrate judge as shall be determined pursuant to the assignment system.

The purpose of this reference is to:

 X   1.   Hear and determine the following pretrial matter(s): Defendants' Motion to Compel

 X   2.   Conduct hearings, evidentiary if necessary, and to submit to the court proposed findings of fact and recommendations for the disposition of the following motions:

   \_\_\_   Motion for injunctive relief.

       _____    Motion for judgment on the pleadings.

       __X__    Motion(s) for summary judgment.

       __X__    Motion(s) to dismiss.

       _____    Other: _____

_____    3.    Conduct a status conference.

_____    4.    Other matters: _____

Comments:

The parties should direct any inquiries about these matters to the Magistrate Judge. The Clerk should forward any filings related hereto directly to the Magistrate Judge.

**AND IT IS SO ORDERED.**

                                             s/ R. Bryan Harwell
                                             R. Bryan Harwell
                                             United States District Judge

February 14, 2006
Florence, South Carolina